## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                               Case No. 6:05-cr-207-Orl-18JGG

**ERVIN VANCE BROOME JR.**

---

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for April 19, 2006 at 9:00 a.m., under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on January 9th, 2006.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
U. S. Magistrate Judge Glazebrook
U.S. Marshal's Office
U. S. Attorney's Office
U. S. Probation Office